## Inspection of Motor Vehicles

MARGIOTTI, Attorney General, September 24, 1937.—
We have your request to be advised concerning the proper
interpretation of section 823(*h*) of The Vehicle Code of
May 1, 1929, P. L. 905, as amended by the Act of June 29,
1937, No. 447, which makes unlawful the operation of
those motor vehicles which have not been inspected "dur-
ing the present or previous inspection period".

The 1937 amendment to section 823(*a*) sets up two
inspection periods each year, the first from May 1st to
July 31st, and the second from November 1st until Jan-
uary 31st. During each such inspection period every
owner of a motor vehicle must submit such vehicle to in-
spection. Section 823(*b*) requires the owners of such ve-
hicles to make the adjustments which the inspections
might disclose as necessary "within the periods required
in this act." Section 823(*h*), as amended, provides:

"It shall be unlawful to operate any motor vehicle,
trailer or semi-trailer on a highway unless the motor ve-
hicle, trailer or semi-trailer has been inspected during
the present or previous inspection period and a certificate
furnished and displayed, or other satisfactory proof of
inspection furnished."

The inspection periods here referred to are those set
up in section 823(*a*). The months not included therein
might well be described as "enforcement periods". Thus,
each three months' inspection period is followed by a
three months' enforcement period.

If section 823(*h*) is applied during an inspection
period, the meaning of the language "during the present
or previous inspection period" is clear, and the display
of a certificate granted during either the current inspec-

tion period or the inspection period immediately preceding is sufficient compliance with the act. But if section 823(h) is applied during an enforcement period, this language can mean only the inspection period immediately preceding the enforcement period, i. e., the "previous" inspection period, because obviously there can be no "present" inspection period.

Therefore, you are advised that section 823(h) of The Vehicle Code, supra, as amended by Act no. 447, supra, does permit the arrest and conviction of persons who operate motor vehicles during an enforcement period without displaying a certificate of inspection obtained during the most recently completed inspection period.